UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOBS FOR DOWNRIVER, et al,

    Plaintiffs,

-vs-

    Case No. 2:20-CV-12115
    Hon. George Caram Steeh
    Mag. Judge Elizabeth A. Stafford

GRETCHEN WHITMER, et al.,

    Defendants.

_____

**CONCURRENCE IN STATE DEFENDANTS' NOTICE
OF SUPPLEMENTAL AUTHORITY [29] IN RESPONSE
TO PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

    Defendants, CITY OF WIXOM and CATHERINE BUCK, through their Attorneys, ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C., concur in the Notice of Supplemental Authority [29] of Defendants, GRETCHEN WHITMER, JOCELYN BENSON and ERIC BRATER, and Exhibit A, *Detroit Unity Fund v. City of Detroit*, Case No. 20-12016 (E.D. Mich., Aug. 17, 2020) Order Denying Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction (Dawkins, J.).

    s/ ANNE MCCLOREY MCLAUGHLIN
    ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C.
    27555 Executive Drive, Suite 250
    Farmington Hills, MI  48331
    (248) 489-4100
    amclaughlin@rsjalaw.com
    P40455

## **CERTIFICATE OF SERVICE**

    I certify that on August 20, 2020, I served the foregoing document on all parties or their counsel of record through the CM/ECF system.

s/ M<small>ICHELLE</small> I<small>RICK</small>